■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN S., Appellant. [998 NYS2d 129]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered June 7, 2011. The appeal was held by this Court by order entered December 27, 2013, decision was reserved and the matter was remitted to Wayne County Court for further proceedings. The proceedings were held and completed and defendant was adjudicated a youthful offender.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ In the Matter of DAVID TURCK, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [998 NYS2d 129]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered June 11, 2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Valentino, Whalen and DeJoseph, JJ.